NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

JEROME A. MAHER AND JOHN R. GRAVEE,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

2010-5130

Appeal from the United States Court of Federal Claims in No. 08-CV-012, Senior Judge John P. Wiese.

**JUDGMENT**

JOHN O. TOUHY, of Chicago, Illinois, argued for plaintiffs-appellants.

VINCENT D. PHILLIPS, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were MICHAEL F. HERTZ, Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, KENNETH M. DINTZER, Assistant Director.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2011      /s/ Jan Horbaly
Date                Jan Horbaly
Clerk